PATRICK CUNNINGHAM v. POWERS–SIMPSON COMPANY.[1]

April 20, 1906.

Nos. 14,687—(49).

Appeal by defendant from an order of the district court for St. Louis county, Dibell, J., denying a motion for judgment notwithstanding the verdict or for a new trial, after a trial and verdict in favor of plaintiff for $3,750. Affirmed.

*Martin Hughes* and *Baldwin, Baldwin & Dancer*, for appellant.

*Mart M. Monaghan*, for respondent.

PER CURIAM.

The only question presented in this case is whether the evidence is sufficient to sustain the verdict of the jury upon the several issues litigated on the trial. The trial court held it sufficient, and our examination of the record leads to the same conclusion. It is unnecessary to discuss the evidence.

Order affirmed.

[1]Reported in 106 N. W. 1132.